[No. 60918-1-I.   Division One.   January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MYUNG KIL PARK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-03087-1, Anita L. Farris, J., entered November 13, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61022-8-I.   Division One.   January 20, 2009.]

*In the Matter of the Parentage and Support of* ASHLEY LYNN RUSH.

JOHN W. RUSH, JR., *Respondent*, v. MARY W. KILWIEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-09113-1, Mary E. Roberts, J., entered November 20, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ.

[No. 61119-4-I.   Division One.   January 20, 2009.]

CHARLES HUFFINE, *Appellant*, v. THE DEPARTMENT OF HEALTH, MEDICAL QUALITY ASSURANCE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-06271-8, William L. Downing, J., entered December 12, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Lau, JJ.

[No. 61204-2-I.   Division One.   January 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MONNY SOU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06032-1, Gregory P. Canova, J., entered January 28, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.